JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSVALDO G. SANTILLAN,<br>    Plaintiff,<br>    v.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br>    Defendant. | Case No. 2:19-cv-8173-SK<br><br>**JUDGMENT** |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Date: July 13, 2020

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE